IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TEVARUS YOUNG | ) |
| | ) |
| v. | ) NO. 3-11-0107 |
| | ) JUDGE CAMPBELL |
| SANDYA GUNASEKERA, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 37), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Gunasekera's Motion to Dismiss or, alternatively, for Summary Judgment (Docket No. 23) is GRANTED, and, for the reasons set forth in the Report and Recommendation, this action is DISMISSED. The Clerk is directed to close the file, and any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE